# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

                        **Plaintiff,**

-vs-                                       **Case No.   3:18 CR 6**

**JAMES DAKIN**

                        **Defendant.**

---

## ENTRY AND ORDER

---

       This matter comes before the Court pursuant to a Motion for Compassionate Release (Doc. 24) filed on July 8, 2020.   Counsel was appointed to represent the Defendant on August 17, 2020. It is therefore the ORDER of this Court that Defendant's time to file a reply to the Government's Response (Doc. 25) to Defendant's Motion for Compassionate Release is extended to September 15, 2020.

August 27, 2020                            *s/Thomas M. Rose

                                                    THOMAS M. ROSE, JUDGE
                                       UNITED STATES DISTRICT COURT