AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | )  |
|---|---|
| v. | ) |
| James Robert Dakin, Jr. | ) Case No: 3:18-cr-00006 |
|  | ) USM No: 47611-008 |
| Date of Original Judgment: 06/22/2018 | ) |
| Date of Previous Amended Judgment: | ) Laura E. Byrum |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __67__ months **is reduced to** __Time-served__.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __06/22/2018__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __1/9/2024__

Judge's signature

Effective Date: __02/01/2024__
*(if different from order date)*

Thomas M. Rose, District Judge
*Printed name and title*