AO 247 (Rev 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio ▼

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| James Robert Dakin, Jr. | ) | Case No: 3:18-cr-00006 |
| | ) | USM No: 47611-008 |
| Date of Original Judgment: 06/22/2018 | ) | |
| Date of Previous Amended Judgment: | ) | Laura E. Byrum |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.    ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
the last judgment issued)* of   67   months **is reduced to**   54 months   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   06/22/2018   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   02/09/2024

        *Judge's signature*

Effective Date:   02/01/2024          Thomas M. Rose, District Judge
   *(if different from order date)*                *Printed name and title*